# Unclaimed Funds

Entered 1/1/2001 to 5/14/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| [10-17004 -jnf](#)<br><br>17616838 | Bank of America<br>c/o Bonded Collection Corporation<br>P. O. Box 1022<br>Wixom, MI 48393<br>48393 | 1,853.97 | 05/14/2013 |
| [10-17004 -jnf](#)<br><br>17616838 | Bank of America<br>c/o Bonded Collection Corporation<br>P. O. Box 1022<br>Wixom, MI 48393<br>48393 | 251.93 | 05/14/2013 |
| [10-17004 -jnf](#)<br><br>17616840 | Bank of America<br>c/o Financial Asset Management Services<br>P. O. Box 451409<br>Atlanta, GA 31145<br>31145 | 449.07 | 05/14/2013 |
| [10-17004 -jnf](#)<br><br>17616839 | Bank of America<br>c/o Financial Asset Management Systems<br>P. O. Box 451409<br>Atlanta, GA 31145<br>31145 | 516.13 | 05/14/2013 |

**Grand Total: 3,071.10**